872

No. 336.   METRAKOS v. CLEVELAND UNION TERMINALS Co.   C. A. 6th Cir.   Certiorari denied.   *William J. Corrigan* and *Theodore T. Sindell* for petitioner.   *Paul Lamb* for respondent.

No. 338.   BRANYAN & PETERSON, INC. ET AL. v. THOMPSON, COMMISSIONER OF REVENUES FOR ARKANSAS. Supreme Court of Arkansas.   Certiorari denied.   *William H. Daggett* for petitioners.   *O. T. Ward* for respondent.

No. 339.   ATLANTIC COAST LINE RAILROAD CO. v. UNITED STATES.   Court of Claims.   Certiorari denied. *Charles Cook Howell* and *Frank G. Kurka* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Morton Hollander* for the United States.

No. 340.   HOPKINS, ADMINISTRATRIX, v. E. I. DU PONT DE NEMOURS & Co.   C. A. 3d Cir.   Certiorari denied. *Abraham E. Freedman* and *Charles Lakatos* for petitioner. *C. Brewster Rhoads* and *George G. Chandler* for respondent.

No. 341.   HALL v. BATTLE, GOVERNOR, ET AL.   Supreme Court of Appeals of Virginia and/or Circuit Court of the City of Richmond.   Certiorari denied.   *Bernard Cushman* and *Justus R. Moll* for petitioner.   *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *C. F. Hicks,* Assistant Attorney General, for respondents.

No. 342.   ALEXANDER v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   *L. N. D. Wells, Jr.* for petitioner.   *John Ben Shepperd,* Attorney General of